# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jeffery Maroney**
        Plaintiff(s)
  vs.                                    **CASE NUMBER: 3:19-cv-435 (TJM)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for judgment on the pleadings is DENIED. Commissioner's motion for judgment on the pleadings is GRANTED.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 6th day of July, 2020.

DATED: July 6, 2020

*[Signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk